FILED

MAR 2 1 2018

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Jeffrey T. Miller)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 17 CR 2394 JM |
| ) | |
| Plaintiff, ) | **ORDER RELEASING** |
| ) | **COLLATERAL** |
| vs. ) | |
| ) | |
| FILIBERTO VALLE, ) | |
| ) | |
| Defendant. ) | |

Pursuant to the Court's minute order of March 15, 2018 exonerating the bond, THE COURT ORDERS that the sureties, (1) Filiberto Valle Diaz, and (2) Nora de Carmen Venegas Sanchez, be released from their collateral obligations.

IT IS SO ORDERED.

DATED: 3,21,2018

_____
Honorable Peter C. Lewis
United States Magistrate Judge